# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Scott Wathey,

          Plaintiff,

v.

Experian Information Solutions Incorporated, et al.,

          Defendants.

No. CV-15-00690-PHX-ROS

**ORDER**

Pursuant to the Stipulation for Dismissal of Equifax Information Services, LLC (Doc. 30), and good cause appearing,

**IT IS ORDERED** this action is dismissed with prejudice as to Defendant Equifax Information Services, LLC, the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the August 27, 2015 scheduling conference is **VACATED**. The Clerk shall terminate this case.

Dated this 18th day of August, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge